# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Zaosong ZHENG | ) | Case No. |
| | ) | 19-mj-4532-DHH |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 9, 2019 in the county of Suffolk in the District of Massachusetts, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1001 | Making False, Fictitious, or Fraudulent Statement |

This criminal complaint is based on these facts:

Attached Affidavit of Special Agent Kara D. Spice, Federal Bureau of Investigation

☑ Continued on the attached sheet.

*Complainant's signature*

Kara D. Spice, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/10/2019

*Judge's signature*

City and state: Boston, Massachusetts   Hon. David H. Hennessy, US Magistrate Judge
*Printed name and title*