**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** FBI |
| **City** Boston | **Related Case Information:** | |
| **County** Suffolk | Superseding Ind./ Inf. | Case No. 19-mj-4532-DHH |
| | Same Defendant ___ New Defendant ___ | |
| | Magistrate Judge Case Number ___ | |
| | Search Warrant Case Number ___ | |
| | R 20/R 40 from District of ___ | |

**Defendant Information:**

Defendant Name: Zaosong ZHENG    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ___

Address: (City & State) ___

Birth date (Yr only): 1989   SSN (last4#): ___   Sex: M   Race: Asian   Nationality: Chinese

**Defense Counsel if known:** ___   Address ___

**Bar Number** ___

**U.S. Attorney Information:**

**AUSA** Benjamin Tolkoff   Bar Number if applicable ___

**Interpreter:** ☑ Yes ☐ No   List language and/or dialect: Chinese/Mandarin

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** ___

☐ Already in Federal Custody as of ___ in ___.
☐ Already in State Custody at ___ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ___ on ___

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty — ☐ Misdemeanor — ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/10/2019   Signature of AUSA: /s/ Ben Tolkoff

**District Court Case Number** (To be filled in by deputy clerk): 19-mj-4532-DHH

**Name of Defendant**   Zaosong ZHENG

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1001 | False, Fictitious, Fraudulent Statement | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**