IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 19-mj-4532-DHH |
| | ) | |
| | ) | ***UNDER SEAL*** |
| Zaosong ZHENG, | ) | |
| | ) | |
| Defendant | ) | |

### *Filed Under Seal*

### Defendant's Motion to Permit Disclosure of Under Seal Document to Prospective Counsel for Defendant

Zaosong Zheng, by and through counsel, Brendan Kelley, moves this Court for its order permitting undersigned to provide prospective counsel with sealed documents in this case for the purposes of determining whether prospective counsel will be retained to represent Mr. Zheng and for his motion states as follows:

1. Mr. Zheng appeared before this court on December 10, 2019 on the criminal complaint in this matter. Undersigned was provisionally appointed pending a submission of a further financial affidavit within one week;

2. Undersigned has been contacted by Attorney Thomas Frongillo of Pierce Bainbridge in Boston. Attorney Frongillo related that he has been contacted by the family of Mr. Zheng for the purpose of prospective representation in this case. Attorney Frongillo related to undersigned that he is unable to meaningfully discuss the potential of retention without any information regarding the case;

3. On December 12, 2019, undersigned contacted Assistant United States Attorney Benjamin Tolkoff regarding the ongoing sealing of this matter and informed AUSA

Tolkoff that undersigned had been contacted by prospective counsel regarding representation. AUSA Tolkoff requested that undersigned file a motion to unseal for the limited purpose of providing the named attorney with a copy of the complaint affidavit, specifically indicating his assent as long as the prospective attorney is named in the motion;

4. Denial of this request would implicate Mr. Zheng's rights to counsel under the 6th Amendment of the United States Constitution. *See* United States v. Gonzalez-Lopez, 548 U.S. 140, 126 S. Ct. 2557, 165 L.Ed.2d 409 (2006)(holding that Sixth Amendment, "commands, not that a trial be fair, but that a particular guarantee of fairness be provided--to wit, that the accused be defended by the counsel he believes to be best." Id. at 146).

WHEREFORE, undersigned requests on behalf of Mr. Zheng, that he be permitted to provide a copy of the affidavit supporting the complaint in this case to Attorney Frongillo for the limited purpose of determining whether his services will be retained in this matter.

Respectfully submitted,

ZAOSONG ZHENG,

**ALLOWED** David H. Hennessy U.S.M.J.
**Dec 13, 2019**

By: */s/ Brendan Kelley*
Brendan Kelley
B.B.O.: 569054
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061
Email: Brendan_Kelley@fd.org

Certificate of Service

I hereby certify that this document *Filed Under Seal* has been served upon Assistant U.S. Attorney Benjamin Tolkoff *via email* on December 13, 2019.

*/s/ Brendan Kelley*
Brendan Kelley