# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

USA

V.

Zaosong Zheng

**EXHIBIT AND WITNESS LIST**

Case Number: 19-mj-40532

| PRESIDING JUDGE  Hennessy | PLAINTIFF'S ATTORNEY  Tolkoff, B. | DEFENDANT'S ATTORNEY  Kelley, B. |
|---|---|---|
| TRIAL DATE (S)  12/18/19 | COURT REPORTER  Digital | COURTROOM DEPUTY  King. D. |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 12/18/2019 | | | Witness: Kara Spice |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.