UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ZAOSONG ZHENG<br><br>Defendant | CRIMINAL No. 19-mj-4532-DHH<br><br>**UNDER SEAL** |

## MOTION TO UNSEAL

The United States of America, by Andrew E. Lelling, United States Attorney, and Benjamin Tolkoff, Assistant United States Attorney for the District of Massachusetts, hereby moves to unseal the captioned matter.

The government respectfully requests that the Court enter the attached, redacted version of the complaint affidavit in this matter, in lieu of the unredacted affidavit. The unredacted affidavit contains information that relates to uncharged individuals and information that should not be made public.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

ALLOWED David H. Hennessy U.S.M.J.
**Dec 19, 2019**

By: */s/ Ben Tolkoff*
BENJAMIN TOLKOFF
Assistant United States Attorney
617/748-3183

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Ben Tolkoff*
_____
BENJAMIN TOLKOFF
Assistant United States Attorney

Date: December 19, 2019