UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ZAOSONG ZHENG<br><br>Defendant | CRIMINAL No. 19-mj-4532-DHH |

## AFFIDAVIT OF SPECIAL AGENT KARA D. SPICE, FBI

I, Kara D. Spice, declare and state as follows:

1) I am a Special Agent of the Federal Bureau of Investigation and have been for approximately fifteen years and I am one of the agents assigned to investigate the captioned matter;

2) On December 17, 2019, FBI agents searched Zaosong Zheng's residence, 400 Brookline Avenue, Apartment 8a. The residence is a one-bed apartment in which Zheng lived with a roommate, Jialin Li.

3) When agents got to the apartment on December 17, 2019, they found Zheng's roommate, Jialin Li. Jialin Li explained that, following Zheng's arrest, Jialin Li had moved into the bedroom where Zheng had previously stayed. Jialin Li claimed that after Zheng's arrest, another Chinese national who arrived in the United States on December 13, 2019, named Weihai Liu had moved into the spot where Jialin Li was previously sleeping in the apartment. Jialin Li explained that Zheng had packed his belongings into three suitcases. The visible marking for the suitcase has a check-in date of December 9, 2019. From these facts, I believe that Zheng

intended to leave the United States and not return. Li denied accompanying Zheng to the airport and claimed that Zheng took an Uber.

4) Jialin Li told agents that he is a cadet in the People's Liberation Army (the army of the Republic of China), currently working at a military hospital in China. Jialin Li explained that he is in the United States on a J-1 visa, like Zaosong Zheng, and that he worked with Zheng at the Wenyi Wei lab at Beth Israel Deaconess Medical Center. Jialin Li told agents that Wenyi Wei had told Jialin Li that Zheng had been arrested for trying to smuggle cells out of the United States. Jialin Li went on to explain that he knew of two other lab researchers from the same lab who had smuggled cells out of the United States, Lei Liu and Leina Ma, both of whom were also Chinese nationals. Ma is a J1 visa holder sponsored by Harvard University and specializes in cancer research.

5) When Zheng was stopped on December 9, 2019, Zheng claimed to be carrying a laptop for Lei Liu to China because, as Zheng claimed, Liu did not have room in Liu's baggage for the computer. On December 17, 2019, Jialin Li gave the same name Lei Liu as someone who had also smuggled biological specimens out of the United States. I believe, based on my training and experience that this is evidence that Zheng and Liu conspired to smuggle biological specimens out of the United States.

6) I know, based on my training and experience, that the Chinese government uses post-graduate students and post-doctorate researchers, and professors in the fields of science, technology, engineering, and mathematics (STEM), to obtain and often steal intellectual property from the United States to benefit Chinese academic institutions and businesses.

7) I believe, based on my training and experience, that Zheng's appointment at BIDMC was not an accident, and that he was knowingly gathering and collecting intellectual

2

property from BIDMC, possibly on behalf of the Chinese government. Zheng further admitted to stealing the intellectual property of BIDMC to benefit himself and his laboratory in China. Based upon my experience and training, this type of behavior is expected of Chinese nationals when they travel to the United States and rewarded upon their return to China.

Sworn, under penalty of perjury,

By: *KARA D. SPICE* (signature)
KARA D. SPICE
Special Agent
Federal Bureau of Investigation

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

*/s/ Ben Tolkoff*
BENJAMIN TOLKOFF
Assistant United States Attorney


Date: December 20, 2019