✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF                    Massachusetts

USA

V.

Zheng

## EXHIBIT AND WITNESS LIST

Case Number:   19-4532

| PRESIDING JUDGE Hennessy | PLAINTIFF'S ATTORNEY Tolkoff, B. | DEFENDANT'S ATTORNEY Kelley, B. |
|---|---|---|
| TRIAL DATE (S) 12/30/19 | COURT REPORTER Digital | COURTROOM DEPUTY King, D. |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x | | 12/30/2019 | | x | Witness:  Agent Kara Spice |
| | x | 12/30/2019 | x | | A:  photograh of interior of apartment |
| | x | 12/30/2019 | x | | B:  photograh of interior of apartment |
| | x | 12/30/2019 | x | | C:  photograh of interior of apartment |
| | x | 12/30/2019 | x | | D:  photograh of interior of apartment |
| | x | 12/30/2019 | x | | E:  photograh of interior of apartment |
| | x | 12/30/2019 | x | | F:  photograh of interior of apartment |
| | x | 12/30/2019 | x | | G:  photograh of interior of apartment |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.