UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 19-mj-4532-DHH |
| | ) | |
| ZAOSONG ZHENG | ) | |

### MOTION TO WITHDRAW

Undersigned counsel moves to withdraw as counsel for the defendant in the above-captioned matter. As grounds, Mr. Zheng has retained private counsel. In light of Mr. Zheng retaining private counsel, the undersigned requests to be released from the Court's Order of December 30, 2019, ordering that the Defendant submit a supplemental financial affidavit by January 6, 2020.

By His Attorney,

*/s/ Stylianus Sinnis*
Stylianus Sinnis
B.B.O. # 560148
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 6, 2020.

*/s/ Stylianus Sinnis*
Stylianus Sinnis